# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Index #: 1:22-cv-00667-CRC
Date Filed: March 10, 2022
AOS Filed: _____
Court Date: _____
File No.: _____

ATTORNEY(S): Covington & Burling LLP Andrew Soukup, Esq.
ADDRESS: One City Center - 850 Tenth Street, NW Washington, DC 20001 PH: (202) 662-6000

*LAKIA BEASLEY, RICHARD HENDERSON, on behalf of themselves and all others similarly situated,*

*vs* — Plaintiff

*CARLOS DEL TORO, SECRETARY OF THE NAVY, et al.,*

— Defendant

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

Larry Radler, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On March 17, 2022 at 3:15 PM at U.S. DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20530, deponent served the within **Summons In A Civil Action, Civil Cover Sheet, Class Action Complaint For Declaratory and Injunctive Relief With Exhibit A, Notice of Right to Consent to Trial Before a United States Magistrate Judge** with Index Number 1:22-cv-00667-CRC, and Date Filed March 10, 2022 endorsed thereon,

on: **MERRICK B. GARLAND ATTORNEY GENERAL OF THE UNITED STATES**, therein named.

#1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY ☒ — By delivering to and leaving with who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON — By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY — On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other:

Attempts

#7 DESCRIPTION (use with #1, 2 or 3) — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex ___ Color of skin ___ Color of hair ___ Age ___ Height ___ Weight ___ Other Features: ___

#8 WIT. FEES — $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC — Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER ☒ — SERVICE WAS EFFECTED VIA CERTIFIED MAIL ON MARCH 17, 2022. CERTIFIED NO. 7020 0640 0001 1757 1863.

Sworn to before me on this 22nd day of March, 2022

Stephanie Galligan
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2024



Larry Radler
Server's Lic #
Work Order # 1458223

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*

```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530                    OFFICIAL USE

Certified Mail Fee    $3.75                              0590
$                     $0.00                                18
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $  $0.00
☐ Return Receipt (electronic)      $  $0.00          Postmark
☐ Certified Mail Restricted Delivery $  $0.00         Here
☐ Adult Signature Required         $  $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                     $9.90
Total Postage and Fees                              03/17/2022
$                    $13.65

Sent To Merrick B. Garland - Attorney General of the United States
Street and Apt. No., or PO Box No.
US Department of Justice, 950 Pennsylvania Ave NW
City, State, ZIP+4®
Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions
```

7020 0490 0001 1757 1863

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| LAKIA BEASLEY, RICHARD HENDERSON, on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>CARLOS DEL TORO, SECRETARY OF THE NAVY, UNITED STATES OF AMERICA, in his official capacity, and UNITED STATES DEPARTMENT OF THE NAVY<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-00667-CRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew Soukup
Ranganath Sudarshan
Jeffrey Huberman
Covington & Burling LLP
850 10th Street NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 03/11/2022                                                    /s/ Marlene Hight
                                                                          *Signature of Clerk or Deputy Clerk*