# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Index #: 1:22-cv-00667-CRC
Date Filed: March 10, 2022
AOS Filed: _____
Court Date: _____
File No.: _____

ATTORNEY(S): Covington & Burling LLP Andrew Soukup, Esq.
ADDRESS: One City Center - 850 Tenth Street, NW Washington, DC 20001 PH: (202) 662-6000

**LAKIA BEASLEY, RICHARD HENDERSON, on behalf of themselves and all others similarly situated,**

vs

**CARLOS DEL TORO, SECRETARY OF THE NAVY, et al.,**

Plaintiff

Defendant

STATE OF DISTRICT OF COLUMBIA, COUNTY OF SS.:

Daniela Nunez, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age. On March 17, 2022 at 12:27 PM at NAVAL LITIGATION OFFICE 720 KENNON ST., SE, ROOM 233, WASHINGTON NAVY YARD, DC 20374, deponent served the within **Summons In A Civil Action, Civil Cover Sheet, Class Action Complaint For Declaratory and Injunctive Relief With Exhibit A, Notice of Right to Consent to Trial Before a United States Magistrate Judge**

with Index Number 1:22-cv-00667-CRC, and Date Filed March 10, 2022 endorsed thereon,

on: **CARLOS DEL TORO, SECRETARY OF THE NAVY, UNITED STATES OF AMERICA, in his official capacity c/o GENERAL COUNSEL OF THE NAVY**, Defendant therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY [X] By delivering to and leaving with **Renata Witcher - Legal Technician/Authorized Agent** who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

[ ] Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called threat on

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of District of Columbia.

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

Attempts

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)
Sex Female    Color of skin Lt. Brn    Color of hair Dk. Brn    Age 50-60 Yrs.    Height 5'0"-5'4"
Weight 131-160 Lbs.    Other Features: _____

#8 WIT. FEES [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of District of Columbia and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this 28 day of _____

Brandon Snasko
Notary Public, District of Columbia
My Commission Expires 9/14/2026

Daniela Nunez
Server's Lic # _____
Work Order # 1458218

COURT SUPPORT, INC. 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542

NYC DCA Lic. # 1381942

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| LAKIA BEASLEY, RICHARD HENDERSON, on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>CARLOS DEL TORO, SECRETARY OF THE NAVY, UNITED STATES OF AMERICA, in his official capacity, and UNITED STATES DEPARTMENT OF THE NAVY<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-00667-CRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carlos Del Toro, Secretary of the Navy
c/o General Counsel of the Navy
Naval Litigation Office
720 Kennon St., SE, Room 233
Washington Navy Yard, DC 20374-5013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Andrew Soukup
Ranganath Sudarshan
Jeffrey Huberman
Covington & Burling LLP
850 10th Street NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 03/11/2022

/s/ Marlene Hight
*Signature of Clerk or Deputy Clerk*