# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Index #: 1:22-cv-00667-CRC
Date Filed: March 10, 2022
AOS Filed:
Court Date:
File No.:

ATTORNEY(S): Covington & Burling LLP Andrew Soukup, Esq.
ADDRESS: One City Center - 850 Tenth Street, NW Washington, DC 20001 PH: (202) 662-6000

*LAKIA BEASLEY, RICHARD HENDERSON, on behalf of themselves and all others similarly situated,*

vs                                                                                                    Plaintiff

*CARLOS DEL TORO, SECRETARY OF THE NAVY, et al.,*

Defendant

STATE OF DISTRICT OF COLUMBIA, COUNTY OF SS.:

Daniela Nunez, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age. On March 17, 2022 at 12:27 PM at NAVAL LITIGATION OFFICE 720 KENNON ST., SE, ROOM 233, WASHINGTON NAVY YARD, DC 20374, deponent served the within **Summons In A Civil Action, Civil Cover Sheet, Class Action Complaint For Declaratory and Injunctive Relief With Exhibit A, Notice of Right to Consent to Trial Before a United States Magistrate Judge**

with Index Number 1:22-cv-00667-CRC, and Date Filed March 10, 2022 endorsed thereon,
on: **UNITED STATES DEPARTMENT OF THE NAVY - GENERAL COUNSEL OF THE NAVY**, Defendant therein named.

#1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.
[ ]

#2 CORP./ENTITY  By delivering to and leaving with **Renata Witcher - Legal Technician/Authorized Agent** who indicated they were authorized to accept service on behalf of the Corporation/Entity.
[X]

#3 SUITABLE AGE PERSON  By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.
[ ]

#4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is recipient's:  [ ] actual place of business  [ ] dwelling house (place of abode) within the state.
[ ]

[ ] Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY  On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of District of Columbia.
[ ]

#6 NON-SRVC  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other:
[ ]
Attempts

#7 DESCRIPTION  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[X] Sex Female   Color of skin Lt. Brn   Color of hair Dk. Brn   Age 50-60 Yrs.   Height 5'0"-5'4"
(use with #1, 2 or 3) Weight 131-160 Lbs.   Other Features:

#8 WIT. FEES  $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.
[ ]

#9 MILITARYSRVC  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of District of Columbia and was informed that defendant was not.
[ ]

#10 OTHER
[ ]

Sworn to before me on this 23 day of March 2022

Brandon Snesko
Notary Public, District of Columbia
My Commission Expires 9/14/2026

Daniela Nunez
Server's Lic #
Work Order # 1458222

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| LAKIA BEASLEY, RICHARD HENDERSON, on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> CARLOS DEL TORO, SECRETARY OF THE NAVY, UNITED STATES OF AMERICA, in his official capacity, and UNITED STATES DEPARTMENT OF THE NAVY <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-00667-CRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of the Navy
General Counsel of the Navy
Naval Litigation Office
720 Kennon St., SE, Room 233
Washington Navy Yard, DC 20374-5013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew Soukup
Ranganath Sudarshan
Jeffrey Huberman
Covington & Burling LLP
850 10th Street NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 03/11/2022

/s/ Marlene Hight
*Signature of Clerk or Deputy Clerk*