IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKIA BEASLEY, RICHARD HENDERSON, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS DEL TORO, Secretary of the U.S. Navy, in his official capacity, and UNITED STATES DEPARTMENT OF THE NAVY<br><br>Defendants. | Civil Action No. 22-667 (CRC) |

## NOTICE OF APPEARANCE

Please take notice that Leslie Cooper Vigen hereby enters her appearance as counsel of record for Defendants Carlos Del Toro, Secretary of the U.S. Navy, and the U.S. Department of the Navy.

Dated: May 16, 2022

Respectfully submitted,

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
Email: leslie.vigen@usdoj.gov

*Counsel for Defendants*